HARRIET J. GROVES v. LIFE INSURANCE COMPANY OF
VIRGINIA.

(Filed 27 November, 1911.)

Insurance—Policy—Procurement by Fraud—Waiver—Measure of
    Damages.

> The principles heretofore decided in *Wilson's case*, 155 N. C.,
> 173, and that line of cases, control the decision in this case upon
> the questions of the procurement by false and fraudulent repre-
> sentations by the agent of the insurer of the taking out of a life
> insurance policy, or a waiver by the insured, and the measure of
> damages.

APPEAL from *Adams, J.,* at July Term, 1911, of MECKLEN-
BURG.

Civil action to recover damages or premiums paid on a policy
of life insurance issued by the defendant company.

These issues were submitted:

1. Was the application for the policy of insurance on the life
of Harriet Groves, wife of Henry Groves, procured by the false
and fraudulent representations of the defendant's agent, as
represented? Answer: Yes.

2. Did the plaintiff waive her right to rely upon said fraudu-
lent representations? Answer: No.

3. In what amount, if any, is the defendant indebted to the
plaintiff? Answer: $26, with interest at 4 per cent from ma-
turity.

From the judgment rendered defendant appealed.

*F. M. Redd and Thomas W. Alexander for plaintiff.*
*Cameron Morrison and J. H. McLain for defendant.*

PER CURIAM. We have examined with care the record, the
evidence, and the assignments of error in this case; also in case
of H. L. Groves against same defendant, in which a judgment
for $52 was rendered, and also in case of Addie May Groves
against same defendant, in which judgment was rendered for
$26.

As stated upon the argument, the three appeals present the
same controversy. We have examined with especial care the
brief of the learned counsel for defendant.

We are unable to differentiate in any way these appeals from the other cases against same defendant.

In trying the case, we think his Honor followed the adjudications we have heretofore made. *Caldwell v. Insurance Co. of Va.,* 140 N. C., 100; *McGowan v. Insurance Co. of Va.,* 141 N. C., 367; *Austin v. Insurance Co. of Va.,* 148 N. C., 24; *Jones v. Insurance Co. of Va.,* 153 N. C., 388; *Wilson v. Insurance Co. of Va.,* 155 N. C., 173.

No error.